# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | |
| Elvia Elvira Uriegas | PRINCIPAL | |
| YOB: | 1984 | |
| United States | | |

## CRIMINAL COMPLAINT

Case Number:

**M-18-1490-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 21, 2018** in **Starr** County, in the Southern District of Texas defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Mauro Miguel Silva-Olivares, a citizen of Mexico, along with one (1) other undocumented alien, for a total of two (2), who had entered the United States in violation of law did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On July 21, 2018, Camera operators observed several subjects cross the Rio Grande River on a raft near Guerra Ave in Roma, Texas. This area is commonly used by human smugglers to pick up undocumented aliens due to its close proximity to the Rio Grande River.**

SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved /s/

_Signature of Complainant_

**Julio C. Peña        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**July 23, 2018** 07:23 a.m.        at  **McAllen, Texas**
Date                                                         City and State

**Juan F. Alanis        , U. S. Magistrate Judge**
Name and Title of Judicial Officer                        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18-1490-M

RE: Elvia Elvira Uriegas

**CONTINUATION:**

Mobile agents positioned themselves just north of Guerra Ave. and observed a blue sedan and a black Cadillac scouting for law enforcement.

Agents observed the two vehicles drive up and down for approximately 30 minutes when camera operators were advised to maintain visual on them. A short time later, camera operators observed the Cadillac travel towards the end of Guerra Ave. and observed a suspected undocumented alien emerge from the brush, in a hurried manner, and enter the Cadillac.

Camera operators relayed the observations and mobile agents proceeded to get behind the Cadillac as it traveled North on Guerra Ave. At this time, the mobile agent activated his emergency equipment and conducted a vehicle stop on the Cadillac. Before the agent could place his vehicle in park, he observed one passenger run out from inside the Cadillac.

Agents approached the vehicle and identified the driver as Elvia Elvira Uriegas, a United States Citizen. Uriegas was accompanied by her juvenile daughter, who was sitting on the front passenger seat. In the back seat, one male subject was discovered later identified as Mauro Miguel Silva-Olivares, a citizen of Mexico.

With the assistance from additional agents, the subject who attempted to abscond was apprehended after a brief search of the immediate area. An immigration inspection was conducted on the male subject and he was determined to be illegally present in the United States.

Uriegas was read her Miranda Rights and transported to the Rio Grande City Border Patrol Station along with the two undocumented aliens.

**PRINCIPALS STATEMENT:**
Elvia Elvira Uriegas was read her Miranda Rights. She understood and agreed to provide a sworn statement.

Uriegas stated she was hired by a smuggler from Mexico to pick up two illegal aliens near Guerra Street. Uriegas claims she was going to receive $300 USD for each alien. Uriegas stated she was receiving instructions over the phone and was eventually going to receive instructions on where to take them.

Mauro Miguel Silva-Olivares was secured as a material witness. Silva was read his Miranda Rights, however he refused to provide a sworn statement without the presence of an attorney.